Lori BARTON; David Thompson; Bill Logan; Webster, Mrak & Blumberg, Plaintiffs—Appellees,

v.

ALBERTSON'S, INC., Defendant—Appellant.

No. 03–35420.

D.C. No. MD–98–01215–BLW.

United States Court of Appeals, Ninth Circuit.

Oct. 20, 2004.

Richard P. Blumberg, Lynn D. Weir, Webster Mrak & Blumberg, Seattle, WA, for Plaintiff–Appellee.

Scott McKay, Nevin, Herzfeld, Benjamin & McKay, Craig L. Meadows, Hawley, Troxell, Ennis & Hawley, Boise, ID, Marc C. Rosenberg, Lee, Smart, Cook, Martin & Patterson, Seattle, WA, Richard N. Appel, Akin, Gump, Strauss, Hauer & Feld, Washington, DC, for Defendant–Appellant.

Before D.W. NELSON, THOMAS, Circuit Judges, and EZRA, District Judge.

## ORDER

Plaintiff Classes' Motion to Dismiss Appeal as Moot is hereby DENIED.